JUSTIN M. HEILIG
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006
Tel (212) 669-0600
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLIDARITY BAHRAIN B.S.C., <br><br> Plaintiff, <br><br> - against - <br><br> MSC MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Defendant. | Case No. 25-cv-6760 <br><br> **COMPLAINT** |

Plaintiff Solidarity Bahrain B.S.C. ("Solidarity"), by and through its attorneys Hill Rivkins LLP, as and for its Complaint against Defendant MSC Mediterranean Shipping Company S.A. ("Defendant" or "MSC"), alleges upon information and belief as follows:

1.  This subrogation action arises from loss or damage to cargoes transported, or intended to be transported, by ocean carriage from Asia to the United States.

2.  This action is comprised of admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1333.

3.  The United States District Court for the Southern District of New York is the proper venue for this action by virtue of the forum-selection clause contained in one

1

or more of the operative bills of lading, sea waybills, terms and conditions of service, and/or contracts of carriage for the shipments at issue.

4. At all times relevant hereto, Plaintiff Solidarity was and now is a business entity organized and existing under foreign law, with an office and place of business at Seef Tower – 7th Floor, Flat 71, Building 2080, Road 2825, Block 428, P.O. Box 5282, Seef Area, Manama, Kingdom of Bahrain.

5. At all times relevant hereto, Plaintiff Solidarity was and now is an insurance company that insured the cargoes described in Schedule A (the "Cargoes"), which is annexed hereto and incorporated herein by reference.

6. At all times relevant hereto, Defendant MSC Mediterranean Shipping Company S.A. ("MSC") was and now is a corporation or other business entity organized and existing by virtue of foreign law, with an office and place of business at 420 Fifth Avenue, 8th Floor, New York, NY 10018.

7. At all times relevant hereto, Defendant MSC was and now is engaged in business as a common carrier of goods for hire, issuing bills of lading and/or sea waybills for the common carriage of goods aboard certain ocean-going vessels.

8. In or about August 2024, at the places of receipt identified in Schedule A, the Cargoes were tendered to and delivered into the custody and/or control of Defendant (and/or its agents, servants, and/or subcontractors) in good order and condition, and suitable in every respect for the intended transportation, which Defendant received, accepted, and agreed to transport by ocean carriage to destination, for certain

consideration, in the shipping containers and under the bills of lading/sea waybills identified in Schedule A.

9. However, on or about August 28, 2024, numerous containers and their cargoes fell overboard from the M/V MSC ANTONIA and were lost at sea in the South Atlantic Ocean off the coast of South America, while other containers and their cargoes were damaged by a stow collapse (the "Casualty"), including those identified in Schedule A.

10. Defendant (and/or its agents, servants, and/or subcontractors) thus failed to deliver the Cargoes to their destination in the same good order and condition as they were received.

11. By reason of the premises, Defendant (and/or its agents, servants, and/or subcontractors, for whom Defendant is responsible) breached its statutory, contractual, and/or common law duties and obligations as carriers and/or bailees of the Cargoes; was negligent and careless in its handling of the Cargoes; and otherwise is liable for the losses and damages described herein.

12. Following the Casualty, the shippers, consignees, and/or owners of the Cargoes submitted insurance claims to Plaintiff Solidarity under a policy then in full force and effect for the loss of and/or damage to the Cargoes, which Plaintiff Solidarity paid.

13. By virtue and to the extent of the payments to the shippers, consignees, and/or owners of the Cargoes, Plaintiff Solidarity became subrogated to all of their respective rights, remedies, and claims for relief in relation to the Cargoes, including those asserted against Defendant herein.

14. Plaintiff Solidarity brings this action on its own behalf and, as agent and trustee, on behalf of all parties who are or may become interested in the Cargoes, as their respective interests may ultimately appear, whether through subrogation, assignment, agency, or otherwise, and Plaintiff Solidarity is entitled to maintain this action.

15. All obligations and conditions precedent to be performed by the shippers, consignees, and/or owners of the Cargoes, and/or Plaintiff Solidarity as subrogee, have been performed, waived, or otherwise excused, including the payment of freight.

16. By reason of the premises, Plaintiff Solidarity has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the amount of BHD 12,113 or $32,134.00 at the current exchange rate.

      WHEREFORE, Plaintiff Solidarity prays:

    i. that process be issued against Defendant MSC in due form of law according to the practice of this Honorable Court, citing it to appear and answer the foregoing;

    ii. that judgment be entered against Defendant MSC in an amount of no less than $32,134.00, together with costs and interest; and

    iii. for such other and further relief as this Honorable Court deems just and proper under the circumstances.

Dated:  New York, New York
        August 15, 2025

                                        HILL RIVKINS LLP,
                                        *Attorneys for Plaintiff*

                                        By: _____

                                        Justin M. Heilig
                                        45 Broadway, Suite 1500
                                        New York, NY 10006
                                        Tel: (212) 669-0600

## **SCHEDULE A**

Container No.: MSDU7328666
Cargo: 24 Packages of ECT Glassfiber Assembled Roving
MSC Bill of Lading/Sea Waybill: MEDUBH350507
Place of Receipt: Bahrain
Place of Delivery: Savannah, Georgia